## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**ANNETTE PEYOVICH,**

        **Plaintiff,**

**-vs-**                                  **Case No.  6:08-cv-404-Orl-28KRS**

**WORLD MORTGAGE COMPANY,
WORLD SAVINGS BANK, F.S.B.,
WORLD SAVINGS, F.S.B.,  GOLDEN
WEST FINANCIAL CORP., WACHOVIA
MORTGAGE CORPORATION,
WACHOVIA MORTGAGE F.S.B.,
WACHOVIA BANK, N.A, WACHOVIA
CORPORATION, JAMES O'TOOLE,
KIMBERLY ABEL, and RUTH NOLAN. ,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff Annette Peyovich's Motion to Vacate, In Part, and Modify, In Part, Award of Arbitration (Doc. No. 84) filed May 3, 2010, and Defendants' Request for Oral Argument (Doc. No. 90) filed June 22, 2010.  The United States Magistrate Judge has submitted a report recommending that both motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 95) and Defendants' Opposition to Plaintiff's Objections (Doc. No. 97), the Court agrees in part with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed July 29, 2010 (Doc. No. 94) is **ADOPTED** as to the damages awarded in the arbitration only.

2.      Plaintiff Annette Peyovich's Motion to Vacate, in Part, and Modify, in Part, Award of Arbitration (Doc. No. 84) is denied to the extent Plaintiff asks this Court to modify or vacate her arbitration award of damages.

3.      Defendants' Request for Oral Argument (Doc. No. 90) is granted to the extent the Court will hear oral arguments on the issue of attorney's fees.

4.      **TAKE NOTICE** that a hearing on the issue of attorney's fees will be held before the Honorable John Antoon, United States District Judge, on **THURSDAY**, **SEPTEMBER 9, 2010** at **9:30 A.M.** in Courtroom #6B, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.  Please note that Photo I.D. is required to enter the United States Courthouse and cellular telephones and laptop computers are prohibited in the Courthouse.  One hour has been reserved for this hearing.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of September, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party